## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILLIAM W. SHAW**                                                                                    **PLAINTIFF**
**ADC #155338**

**v.**                                            **CASE NO. 5:14CV00243 BSM**

**TIMOTHY FALOON**                                                                                   **DEFENDANT**

### ORDER

The recommended disposition filed by United States Magistrate Judge Beth Deere and defendant's objections thereto have been reviewed.  After careful consideration of the objections and a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Defendant Timothy Faloon's motion for summary judgment [Doc. No. 12] is granted, and William Shaw's claims are dismissed without prejudice.

IT IS SO ORDERED this 17th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE