IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM W. SHAW**                                                                                           **PLAINTIFF**
**ADC #155338**

v.                              CASE NO. 5:14CV00243 BSM

**TIMOTHY FALOON**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 17th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE